**Order filed, August 07, 2015.**



In The

# Fourteenth Court of Appeals
_____

NOS. 14-15-00619-CR
14-15-00620-CR

_____

**EX PARTE LARRY FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1473497, 1473498**

---

## ORDER

The reporter's record in this case was due **July 27, 2015**. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Mary Ann Rodriguez**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM